IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02676-BNB

TOMASITTO ULLOA,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
ANTHONY DeCESARO, Grievance Officer,
GLORIA MASTERSON, Fremont Correctional Facility, Associate Warden,
CAPTAIN TORREZ, Fremont Correctional Facility, Hearings Officer, and
FCF INTEL OFFICER, All named Defendants in their Official and Individual Capacities,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER DISMISSING CASE

---

Plaintiff Tomasitto Ulloa, Colorado state prisoner, initiated this action by filing a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On

December 26, 2007, Magistrate Judge Boyd N. Boland ordered the Clerk of the Court

to commence a civil action and directed Plaintiff to submit his claims on a current Court-

approved form used in filing prisoner complaints and to file a certified copy of his trust

fund account statement.

On January 22, 2008, Plaintiff filed a Letter with the Court requesting that the

action be withdrawn. The Court must construe the Letter liberally because Plaintiff is a

*pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*,

935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without

order of court (i) by filing a notice of dismissal at any time before service by the adverse

party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. **See** J. Moore, Moore's Federal Practice ¶ 41.02(2) ($2^d$ ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.$2^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Letter as a Notice of Dismissal filed pursuant to Rule 41(a)(1). The file will be closed as of January 22, 2008, the date the Notice was filed with the Court. *See Hyde Constr. Co.*, 388 F.$2^d$ at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and is effective as of January 22, 2008, the date Plaintiff filed the Notice in the action.

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed December 17, 2007, is DENIED as moot.

DATED at Denver, Colorado, this 3/ day of _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02676-BNB

Thomasitto Ulloa
Reg. No. 99155
Unit 4 AVCF
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/1/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk